# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     **Plaintiff,** **vs.** **GARY ARTHUR DEMOTT,**     **Defendant.** | CASE NO: CR00-79-S-EJL **MEMORANDUM ORDER** |

Pending before the Court in the above-entitled matter is Defendant Gary DeMott's First Amendment Petition to Redress Grievance by Judicial Review; § 28-1657 Expedited Hearing Requested; § 5-574 Formal Request for Discovery, if needed (Docket No. 373). The motion was filed on February 19, 2008. On April 30, 2008, the Defendant filed a Notice of Appeal because this Court has not ruled on the earlier motion. The Court will deem the notice of appeal as a certificate of appealablity.

Having fully reviewed the record, the Court finds that the facts and legal arguments are adequately presented in the briefs and record. Accordingly, in the interest of avoiding further delay, and because the Court conclusively finds that the decisional process would not be significantly aided by oral argument, this matter shall be decided on the record before this Court without oral argument.

In this latest motion, DeMott files yet another frivolous motion regarding this Court's jurisdiction. In this motion he claims the Court lacks jurisdiction as the seal design used by the Court near its signature on orders is not valid as the eagle is facing the wrong direction and some

issue about the stars above eagle.  This argument is meritless.  The Court's jurisdiction is established by the Article III of the United States Constitution, 28 U.S.C. § 1331 and other applicable statues.  The District of Idaho is set forth in 28 U.S.C. § 92.  The seal used by the Court is not determinative of the Court's jurisdiction.  There is no right to arbitration or relief by DeMott.  The motion is denied.

The Court declines to issue a certificate of appealability regarding this motion or the Court's failure to rule on the motion in an expedited manner.  There is no basis set forth in the notice of appeal why this Court's rulings are debatable or denied a constitutional right.   Moreover, because there is no legal basis for the motion, it is a waste of limited judicial resources to allow an appeal of this motion.

Being fully advised in the premises, the Court hereby orders that Demott's First Amendment Petition to Redress Grievance by Judicial Review; § 28-1657 Expedited Hearing Requested; § 5-574 Formal Request for Discovery, if needed (Docket No. 373) is DENIED and the request for a certificate of appealability is also DENIED.  This file is to be forwarded to the Ninth Circuit for its review of the denial of the certificate of appealability.  Fed. R. App. P. 22(b).

DATED: **May 6, 2008**

Honorable Edward J. Lodge
U. S. District Judge